UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMADO REYES TRUJILLO,

Petitioner,

v.

MONA D. HOUSTON, Warden,

Respondent.

Case No. 19-cv-06759-YGR (PR)

**ORDER GRANTING PETITIONER EXTENSION OF TIME TO PAY FILING FEE OR FILE *IN FORMA PAUPERIS* APPLICATION**

Petitioner, a state prisoner, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his state criminal conviction. On October 18, 2019, the Clerk of the Court sent Petitioner a notice directing him to pay the $5.00 filing fee or file an application to proceed *in forma pauperis* ("IFP") within twenty-eight days. He was warned that the failure to do so within the twenty-eight-day deadline would result in the dismissal of this action without prejudice.

Before the Court is Petitioner's request for an extension of time to pay the filing fee or file an IFP application. Dkt. 5.

Good cause appearing, the request is GRANTED. No later than **twenty-eight (28) days** from the date of this Order, Petitioner shall either pay the full filing fee or file a completed IFP application form along with his trust account statement and certificate of funds. The failure to do so on or by the twenty-eight-day deadline will result in the dismissal of this action without prejudice.

The Clerk shall send Petitioner a blank prisoner IFP application form along with a copy of this Order.

This Order terminates Docket No. 5.

IT IS SO ORDERED.

Dated: November 22, 2019

_____
YVONNE GONZALEZ ROGERS
United States District Judge