UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMADO REYES TRUJILLO,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>MONA D. HOUSTON, Acting Warden,<br><br>　　　　Respondent. | Case No. 19-cv-06759-YGR (PR)<br><br>**JUDGMENT** |

　　Pursuant to the dismissal order signed today, the petition is DISMISSED as successive pursuant to 28 U.S.C. § 2244(b). Each party shall bear his own costs.

　　IT IS SO ORDERED.

Dated:　January 3, 2020

_____
YVONNE GONZALEZ ROGERS
United States District Court Judge